▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIAN FAULKNER, Appellant. [25 NYS3d 866]—Judgment, Supreme Court, New York County (Arlene Goldberg, J.), rendered September 4, 2013, as amended September 13, 2013, convicting defendant, upon his plea of guilty, of conspiracy in the second degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

Although this appeal is not technically moot, defendant's sole argument is that his plea should be vacated in the event his Bronx convictions are reversed; that claim is academic because those convictions have been affirmed. Accordingly, there is no basis for reversal. Concur—Acosta, J.P., Renwick, Andrias and Moskowitz, JJ.